

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number:
Alvear v. Blackwood, et al.

KC FILED
DEC 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rodrigo Alvear

07CV7152
JUDGE COAR
MAGISTRATE JUDGE COLE

| | |
|---|---|
| **NAME** (Type or print) Claudia Valenzuela | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Claudia Valenzuela | |
| **FIRM** National Immigrant Justice Center / Heartland Alliance | |
| **STREET ADDRESS** 208 S. LaSalle, Suite 1818 | |
| **CITY/STATE/ZIP** Chicago, IL 60604 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) IL 6279472 | **TELEPHONE NUMBER** (312) 660-1308 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |