*MHK*

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good
standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for
by Local Rules 83.12 through 83.14.

In the Matter of

Rodrigo Alvear v. Robert Blackwood, et al.

Case Number: 07 C 7152

**FILED**

APR 1 - 2008
4 -1- 2008
Judge David H. Coar
United States District Court

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rodrigo Alvear

07cv 7152

| | |
|---|---|
| NAME (Type or print) <br> Charles Roth | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Charles Roth | |
| FIRM <br> National Immigrant Justice Center | |
| STREET ADDRESS <br> 208 S. LaSalle St., Suite 1818 | |
| CITY/STATE/ZIP <br> Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> N/A | TELEPHONE NUMBER <br> 312-660-1613 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐