## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7152 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Rodrigo Alvear vs. Robert Blackwood, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to telephonic notice on 4/17/2008 at about 4:29 pm., from Charles Roth, attorney for the plaintiff, this matter has been resolved. This case is dismissed. Civil case terminated.

Docketing to mail notices.

Case 1:07-cv-07152   Document 8   Filed 04/17/2008   Page 1 of 1

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|